# Exhibit B

**From:** Boennighausen, Mark V.
**Sent:** Friday, December 16, 2022 11:21 AM
**To:** Bart Larsen <blarsen@shea.law>
**Cc:** Gerald Gordon <ggordon@Gtg.legal>; Jared Sechrist <jsechrist@Gtg.legal>; Zonne, Melissa <MZonne@thoits.com>; Ortiz, Dinah X. <DOrtiz@thoits.com>
**Subject:** Re: In re: Infinity Capital Management, Inc. - Subpoenas to Three Bell

Mr. Larsen,

Despite our firm explaining in detail over months why your client's efforts to subpoena documents from and seek testimony from our client Three Bell Capital ('Three Bell") has no merit and is plain harassment yesterday your process server accosted Mr. Porter's wife in her car while she was with their 10-year old daughter.

It is plain that your client refuses to seek any alleged necessary discovery from the parties in the Nevada bankruptcy adversary proceeding and instead is improperly attempting to use Rule 45 discovery to punish Three Bell for some ill conceived wrong.

Because of this continued harassment of Three Bell and Mr. Porter, Three Bell will be filing a motion to quash and/or protective order in the Northern District of California and seek sanctions against you and your client for this harassing conduct. Please advise whether you and your client have retained California counsel admitted to practice in the Northern District of California to handle this matter so we may serve our papers on that firm as well as you.

In the meantime, if your client has had a change of heart and will no longer seek discovery against Three Bell, please advise.

Best regards,

Mark Boennighausen

---

**From:** Bart Larsen <blarsen@shea.law>
**Sent:** Wednesday, December 14, 2022 10:21 AM
**To:** Zonne, Melissa
**Cc:** Boennighausen, Mark V.
**Subject:** RE: In re: Infinity Capital Management, Inc. - Subpoenas to Three Bell

Thank you for taking time to talk this morning. Attached is the affidavit of service I mentioned that came in after I emailed you last week. Please let me know if you client's position as to service has changed.

If your client maintains that service was ineffective, I assume you will have no issue with my office attempting to serve the subpoena at the personal residences of your client's officers as you are unable to accept service and your client's business office, which is also the location of its resident agent, is inaccessible.

Bart K. Larsen, Esq.
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Office: (702) 471-7432

Direct: (702) 255-0098
Mobile: (702) 321-6528
Email: blarsen@shea.law

This message was sent from Shea Larsen PC and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

---

**From:** Zonne, Melissa <MZonne@thoits.com>
**Sent:** Tuesday, December 13, 2022 9:44 AM
**To:** Bart Larsen <blarsen@shea.law>
**Cc:** Boennighausen, Mark V. <MBoennighausen@thoits.com>; ggordon@gtg.legal
**Subject:** RE: In re: Infinity Capital Management, Inc. - Subpoenas to Three Bell

Yes, should I plan on calling your direct line?

**Melissa Zonne**
**Thoits Law** | 400 Main St, #250, Los Altos, CA 94022
650.327.4200 | www.thoits.com | MZonne@thoits.com

**Confidentiality Notice**.  The information contained in this e-mail and any accompanying attachments, all of which may be confidential or privileged, is intended only for use by the person or entity to whom it is addressed.  If you are not the intended recipient, any unauthorized use, disclosure or copying of this e-mail and its contents is strictly prohibited and may be unlawful.  If you are not the intended recipient, please immediately notify the sender by return e-mail and delete the original message and all copies from your system.  Thank you.

---

**From:** Bart Larsen [mailto:blarsen@shea.law]
**Sent:** Tuesday, December 13, 2022 9:34 AM
**To:** Zonne, Melissa <MZonne@thoits.com>
**Cc:** Boennighausen, Mark V. <MBoennighausen@thoits.com>; ggordon@gtg.legal
**Subject:** RE: In re: Infinity Capital Management, Inc. - Subpoenas to Three Bell

Would tomorrow at 10:00 am work?

Thanks.

Bart K. Larsen, Esq.
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Office: (702) 471-7432
Direct: (702) 255-0098
Mobile: (702) 321-6528
Email: blarsen@shea.law

This message was sent from Shea Larsen PC and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

---

**From:** Zonne, Melissa <MZonne@thoits.com>
**Sent:** Monday, December 12, 2022 3:02 PM

**To:** Bart Larsen <blarsen@shea.law>
**Cc:** Boennighausen, Mark V. <MBoennighausen@thoits.com>; ggordon@gtg.legal
**Subject:** RE: In re: Infinity Capital Management, Inc. - Subpoenas to Three Bell

Hi Bart,
Yes – I'm tied up today and tomorrow but I'm completely open Wednesday if any time that day works for you?

**Melissa Zonne**
**Thoits Law** | 400 Main St, #250, Los Altos, CA 94022
650.327.4200 | www.thoits.com  |  MZonne@thoits.com

**Confidentiality Notice**. The information contained in this e-mail and any accompanying attachments, all of which may be confidential or privileged, is intended only for use by the person or entity to whom it is addressed.  If you are not the intended recipient, any unauthorized use, disclosure or copying of this e-mail and its contents is strictly prohibited and may be unlawful.  If you are not the intended recipient, please immediately notify the sender by return e-mail and delete the original message and all copies from your system.  Thank you.

---

**From:** Bart Larsen [mailto:blarsen@shea.law]
**Sent:** Monday, December 12, 2022 3:01 PM
**To:** Zonne, Melissa <MZonne@thoits.com>
**Cc:** Boennighausen, Mark V. <MBoennighausen@thoits.com>; ggordon@gtg.legal
**Subject:** RE: In re: Infinity Capital Management, Inc. - Subpoenas to Three Bell

Just following up.  Please let me know if you have time for a call this week.

Thanks.

Bart K. Larsen, Esq.
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Office: (702) 471-7432
Direct: (702) 255-0098
Mobile: (702) 321-6528
Email: blarsen@shea.law

This message was sent from Shea Larsen PC and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

---

**From:** Bart Larsen
**Sent:** Thursday, December 8, 2022 11:52 AM
**To:** Zonne, Melissa <MZonne@thoits.com>; ggordon@gtg.legal
**Cc:** Boennighausen, Mark V. <MBoennighausen@thoits.com>
**Subject:** RE: In re: Infinity Capital Management, Inc. - Subpoenas to Three Bell

Melissa:

Thank you for your letter.  If you have time for a call later today or tomorrow morning, please let me know.  I would be happy to discuss the matter with you to attempt to resolve your client's objections.  As for the points raised in your letter, please consider the following.

First, I was not aware that the subpoena had been left unattended at Mr. Porter's personal residence and agree that would not constitute proper service.  Second, the attempted service of the subpoena at Mr. Porter's personal residence was not intended in any way as harassment.  Our process server attempted to serve the subpoena at Three Bell Capital's business office at 4 Main Street, Suite 230, Los Altos, California, which is also the address designated with the California Secretary of State for Mr. Porter as Three Bell Capital's resident agent, five times between November 7 and November 15 but found the office closed on each attempt (see attached records regarding attempted service).  Mr. Porter's personal address was provided as an alternative location for service only after we learned service could not be completed at Three Bell Capital's business office.

Finally, the scope of this subpoena has been reduced substantially from the prior subpoena issued to Three Bell Capital earlier this year and focuses largely on communications Three Bell Capital exchanged with Infinity, Tecumseh, and FTM.  Those communications are relevant to the claims and defenses at issue in the adversary case between HASelect and Tecumseh.  In July 2020, Infinity, Tecumseh, and FTM discussed a plan to force HASelect to settle its claims by convincing Three Bell Capital to seek a redemption of its investment in HASelect that could have resulted in HASelect's liquidation and in Tecumseh acquiring the remaining collateral for HASelect's loan to Infinity (see attached email dated 7.11.20).  Such conduct and related communications with Three Bell Capital are relevant to the claims at issue in the adversary case for the reasons explained in the attached opposition filed by HASelect in response to a motion for partial summary judgment filed by Tecumseh that remains pending before the court.  We have previously attempted to obtain these communications through discovery directed at Infinity with limited success and Tecumseh, which has refused to produce any such communications.

I look forward to hearing from you.

Bart K. Larsen, Esq.
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Office: (702) 471-7432
Direct: (702) 255-0098
Mobile: (702) 321-6528
Email: blarsen@shea.law

This message was sent from Shea Larsen PC and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

---

**From:** Zonne, Melissa <MZonne@thoits.com>
**Sent:** Wednesday, December 7, 2022 3:44 PM
**To:** Bart Larsen <blarsen@shea.law>; ggordon@gtg.legal
**Cc:** Boennighausen, Mark V. <MBoennighausen@thoits.com>
**Subject:** In re: Infinity Capital Management, Inc. - Subpoenas to Three Bell

Counsel:
Please find the attached correspondence.

**Melissa Zonne**
**Thoits Law** | 400 Main St, #250, Los Altos, CA 94022
650.327.4200 | www.thoits.com | MZonne@thoits.com

**Confidentiality Notice**.  The information contained in this e-mail and any accompanying attachments, all of which may be confidential or privileged, is intended only for use by the person or entity to whom it is addressed.  If you are not the intended recipient, any unauthorized use, disclosure or

copying of this e-mail and its contents is strictly prohibited and may be unlawful.  If you are not the intended recipient, please immediately notify the sender by return e-mail and delete the original message and all copies from your system.  Thank you.