# Exhibit A

# CRONIN & CO., LTD.
*A Professional Corporation*
120 North LaSalle Street, 20th Floor
Chicago, Illinois 60602
312.500.2100

THOMAS C. CRONIN
tcc@cronincoltd.com

January 13, 2022

**Via Electronic and Certified Mail**

Greg Fomin, JD
Three Bell Capital, LLC
4 Main Street, Ste. 230
Los Altos, CA 94022
greg@three-bell.com

      Re:  HedgeACT

Mr. Fomin:

      John Hourihane and I have been engaged as litigation counsel for HedgeACT International SPC Ltd. and certain related funds and entities ("HedgeACT").

      First, please accept this letter as notice that these clients are represented by counsel and all related communications should be directed to Mr. Hourihane and myself.  *See* Texas Disciplinary Rules of Professional Conduct 4.02(a) ("In representing a client, a lawyer shall not communicate or cause or encourage another to communicate about the subject of the representation with a person, organization or entity of government the lawyer knows to be represented by another lawyer regarding that subject, unless the lawyer has the consent of the other lawyer or is authorized by law to do so.")

      Second, please be advised that your email of January 12, 2022 (and certain previous communications) grossly mischaracterize the facts.  HedgeACT will take all appropriate action to preserve its investors' best interests, including pursuing all legal and equitable remedies to address your misstatements as well as Three Bell Capital's deliberate and conflicted interference with HedgeACT's business relationships and expectancies.

      Third, we object to your hollow threats about allegedly "imminent regulatory action."  *See, e.g.*, Fomin January 6, 2022, 5:36pm email.  Such threats constitute a clear violation of Texas Disciplinary Rule of Professional Conduct 4.04(b): "A lawyer shall not present, participate in presenting, or threaten to present: (1) criminal or disciplinary charges solely to gain an advantage in a civil matter...."

1

# CRONIN & CO., LTD.

Greg, you and Three Bell Capital have demonstrated precisely what your agenda is, and that agenda has nothing to do with protecting investors' interests. Our clients have communicated with their investors and our clients are well aware that your repeated statements that "Three Bell has been contacted by multiple investors" expressing concern are false. If you and Three Bell are aware of any investor who has concerns, please identify that investor and our clients will be happy to address directly any such investor's concerns. Otherwise, HedgeACT demands that you cease interfering with HedgeACT's investors.

Fourth, as you know, HedgeACT currently prosecutes a number of lawsuits against Infinity, Tecumseh, Chad Meyer and others. Discovery is underway and our co-counsel, Bart Larsen of Shea Larsen, Las Vegas, Nevada, will be in touch with you and Three Bell Capital in connection with subpoenas for the production of documents issued to Three Bell and Jon Porter. I enclose copies of those subpoenas. Please let us know if you will accept service.

Lastly, given the pending and contemplated litigation, this letter requests your immediate action to preserve electronically stored information that may contain evidence important to these matters. This notice applies to your on- and off-site computer systems and removable electronic media plus all computer systems, services, and devices (including all remote access and wireless devices) used for Three Bell's overall operation. This includes, but is not limited to, e-mail and other electronic communications; electronically stored documents, records, images, graphics, recordings, spreadsheets, databases; calendars, system usage logs, contact manager information, telephone logs, internet usage files, deleted files, cache files, user information, and other data. Further, this notice applies to archives, backup and disaster recovery tapes, discs, drives, cartridges, voicemail and other data. All operating systems, software, applications, hardware, operating manuals, codes, keys and other support information needed to fully search, use, and access the electronically stored information must also be preserved.

If you have any questions, please contact Mr. Larsen, Mr. Hourihane or myself.

Thank you.

Very truly yours,

*/s/ Thomas C. Cronin*
*Counsel for HedgeACT International SPC Ltd.*

Enclosures

cc:   John N. Hourihane, Jr., Esq.
      Bart K. Larsen, Esq.

2