1  Mark V. Boennighausen/Bar No. 142147
   mboennighausen@thoits.com
2  Dinah Ortiz/Bar No. 273556
   dortiz@thoits.com
3  Melissa Zonne/Bar No. 301581
   mzonne@thoits.com
4  **THOITS LAW**
   A Professional Corporation
5  400 Main Street, Suite 205
   Los Altos, California 94022
6  Telephone:  (650) 327-4200
   Facsimile:  (650) 325-5572
7
   Attorneys for Non-Party
8  Three Bell Capital

9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

12

| 13 | **In Re: Three Bell Capital Document Subpoena** | Case No.  5:22-mc-80338-NC |
|---|---|---|
| 14 | | **DECLARATION OF ERIC PATTERSON IN SUPPORT OF NON-PARTY THREE BELL CAPITAL'S REPLY IN SUPPORT OF MOTION TO QUASH HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S SUBPOENA TO PRODUCE DOCUMENTS** |
| 15 | Served in related cases: | |
| 16 | *In re Infinity Capital Management, Inc.*, U.S. Bankruptcy Court, District of Nevada Case No. 21-14486-abl | |
| 17 | | |
| 18 | and adversary proceeding | Hearing Date: January 11, 2023 |
| 19 | *HASelect-Medical Receivables Litigation Finance Fund International SP v. Tecumseh-Infinity Medical Receivables Fund, LP*, Adv. Proc. No. 21-01167-abl | Time:           11:30 a.m. Judge:          Nathanael M. Cousins |
| 20 | | |

21

22         I, Eric Patterson, declare:

23         1.     I am over eighteen years of age and am competent to testify about the

24 matters set forth herein.

25         2.     I am the Chief Investment Officer of non-party Three Bell Capital ("Three

26 Bell"). I have personal knowledge of the following facts due to my direct personal

27 involvement in them.

28         3.     On December 20, 2022, I was at my home located in Morgan Hill,

1

DECLARATION OF ERIC PATTERSON ISO THREE BELL CAPITAL'S REPLY BRIEF

1  California.

2      4.    On that day on two separate occasions process servers came to my home and delivered two subpoenas directed to Three Bell Capital, Inc.  I have confirmed that these subpoenas are the ones at issue in this motion.

    5.    On neither occasion did the process server tender any witness fees with the subpoenas.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and that this declaration was executed on January 6, 2023 at Morgan Hill, California.



Eric Patterson

THOITS LAW
A PROFESSIONAL CORPORATION

2

DECLARATION OF ERIC PATTERSON ISO THREE BELL CAPITAL'S REPLY BRIEF