Mark V. Boennighausen/Bar No. 142147
mboennighausen@thoits.com
Dinah Ortiz/Bar No. 273556
dortiz@thoits.com
Melissa Zonne/Bar No. 301581
mzonne@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 205
Los Altos, California 94022
Telephone:  (650) 327-4200
Facsimile:  (650) 325-5572

Attorneys for Non-Party
Three Bell Capital

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| **In Re: Three Bell Capital Document Subpoena**<br><br>Served in related cases:<br><br>*In re Infinity Capital Management, Inc., U.S. Bankruptcy Court, District of Nevada Case No. 21-14486-abl*<br><br>*and adversary proceeding*<br><br>*HASelect-Medical Receivables Litigation Finance Fund International SP v. Tecumseh-Infinity Medical Receivables Fund, LP, Adv. Proc. No. 21-01167-abl* | Case No.  5:22-mc-80338-NC<br><br>**STATUS REPORT**<br><br>Hearing Date: January 18, 2023<br>Time:               11:30 a.m.<br>Judge:             Nathanael M. Cousins |

Three Bell submits the following Status Report pursuant to the Court's instructions at the January 11, 2023 hearing and resulting Minute Order. (Dkt. 12.) The parties were not able to come to an agreement.

As set forth in the accompanying Declaration of Melissa K. Zonne, following the hearing, HASelect's counsel sent Three Bell's counsel a revised list of subpoena requests, reducing the original nineteen Subpoena categories to seven categories of documents, from a number of email accounts of three Three Bell employees, for a period of two years. ("Zonne Decl.", ¶ 6.) Counsel for Three Bell responded to this email, informing counsel that, consistent with its Motion, Three Bell would still seek at least a portion of the attorneys' fees it has incurred in this matter, inquiring as to the status of its efforts to pursue discovery directly from the party defendant Tecumseh-Infinity Medical Receivables Fund, LP ("Tecumseh") rather than non-party Three Bell, and agreeing to reach out to schedule a meet-and-confer call. (*Id.*, Ex. A.)

Counsel for the parties met and conferred on January 16, 2023. (*Id.*, ¶ 8.) During that call, HASelect's counsel represented that it intends to depose Tecumseh "next month" but does not have any depositions noticed or scheduled. Counsel also indicated that he discussed the production of the "Three Bell documents" by Tecumseh as recently as last week, and Tecumseh's counsel indicated it may produce the documents. (*Id.*, ¶ 9.) Finally, counsel indicated that HASelect would likely move to compel documents from Tecumseh but had not yet done so in any capacity. (*Id.*)

Counsel for Three Bell provided HASelect's counsel with the estimated cost for collection and review of the new scope of document requests, and requested that HASelect agree to pay that cost. (*Id.*, ¶ 10.) Counsel for HASelect requested that Three Bell send more detail supporting that fee amount and said HASelect would consider it. (*Id.*) Three Bell's counsel then sent a

detailed email regarding the cost estimate and requested a response in order to further meet-and-confer. (*Id.*, ¶ 11.) Counsel for HASelect did not respond. (*Id.*)

      Thus, Three Bell submits its own Status Report, along with the Proposed Order on its Motion to Quash.

Dated:  January 17, 2023

Respectfully submitted,

**THOITS LAW**

By: */s/ Melissa K. Zonne*
      Mark V. Boennighausen
      Dinah Ortiz
      Melissa Zonne
**Attorneys for Non-Party Three Bell Capital**