| | |
|---|---|
| 1 | Mark V. Boennighausen, Bar No. 142147 |
| 2 | mboennighausen@hopkinscarley.com<br>HOPKINS & CARLEY |
| 3 | A Law Corporation<br>The Letitia Building |
| 4 | 70 S First Street<br>San Jose, CA  95113-2406 |
| 5 | *mailing address:* |
| 6 | P.O. Box 1469<br>San Jose, CA 95109-1469 |
| 7 | Telephone:     (408) 286-9800<br>Facsimile:      (408) 998-4790 |
| 8 | Attorneys for Non-Party |
| 9 | THREE BELL CAPITAL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **In Re: Three Bell Capital Document Subpoena** | CASE NO.  5:22-mc-80338-NC |
| Served in related cases: | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| *In re Infinity Capital Management, Inc.,*<br>*U.S. Bankruptcy Court, District of Nevada*<br>*Case No. 21-14486-abl* | |
| *and adversary proceeding* | |
| *HASelect-Medical Receivables Litigation*<br>*Finance Fund International SP v.*<br>*Tecumseh-Infinity Medical Receivables*<br>*Fund, LP, Adv. Proc. No. 21-01167-abl* | |

4877-7455-9322.2

NOTICE OF WITHDRAWAL OF COUNSEL                                                                                   5:22-MC-80338-NC

PLEASE TAKE NOTICE that Non-Party THREE BELL CAPITAL ("Three Bell") hereby requests the Court remove attorney Melissa Zonne and Thoits Law as counsel for Three Bell in this matter. As reflected on the docket, lead counsel for this matter, Mark Boennighausen, is now associated with the law firm of Hopkins & Carley and continues to represent Three Bell in this matter.

Accordingly, Three Bell and Melissa Zonne respectfully request that the Court remove Ms. Zonne from the service list, as Mark Boennighausen will continue to represent Three Bell going forward.

Dated: March 28, 2023

HOPKINS & CARLEY
A Law Corporation

By: */s/ Mark V. Boennighausen*
Mark V. Boennighausen
Attorneys for Non-Party
THREE BELL CAPITAL

**ACKNOWLEDGED AND CONSENT:**

THOITS LAW

By: */s/ Melissa K. Zonne*
Melissa K. Zonne

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(h)(3) I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated:  March 28, 2023

HOPKINS & CARLEY
A Law Corporation


By: */s/ Mark V. Boennighausen*
    Mark V. Boennighausen
    Attorneys for Non-Party
    THREE BELL CAPITAL