1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
   ORI KATZ, Cal. Bar No. 209561
3  GIANNA SEGRETTI, Cal. Bar No. 323645
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4109
   Telephone:    415.434.9100
5  Facsimile:    415.434.3947
   Email:        okatz@sheppardmullin.com
6                gsegretti@sheppardmullin.com

7  SHEA LARSEN PC
   KYLE WYANT, Nev. Bar No. 14652 (*admitted pro hac vice*)
8  1731 Village Center Circle, Suite 150
   Las Vegas, Nevada 89134
9  Telephone:    701.471.7432
   Email:        kwyant@shea.law
10
   *Attorneys for HASelect-Medical Receivables*
11 *Litigation Finance Fund International SP*

12                **UNITED STATES DISTRICT COURT**

13               **NORTHERN DISTRICT OF CALIFORNIA**

14                     **SAN JOSE DIVISION**

15

16 | In re:   Three Bell Capital, LLC Document
   |          Subpoena                              | Case No. 5:22-mc-80338-NC

17

18 Served in Related Cases:

19 *In re Infinity Capital Management, Inc., U.S.*    **NOTICE OF PAYMENT AND**
   *Bankruptcy Court, District of Nevada Case*       **COMPLIANCE WITH ORDER**
   *No. 21-14486-abl*                                **[ECF NO. 17]**

20
   *and adversary proceeding*
21
   *HASelect-Medical Receivables Litigation*
22 *Finance Fund International SP v.*
   *Tecumseh-Infinity Medical Receivables*
23 *Fund, LP, Adv. Proc. No. 21-01167-abl*

24

25 ///

26 ///

27 ///

28

SMRH:4887-8359-4331.2                    Page 1

1    In compliance with the above-referenced Court's order entered in the above-captioned matter

2    at [ECF No. 17] (the "Order"), HASelect-Medical Receivables Litigation Finance Fund International

3    SP indicates that payment in compliance with the Order has been completed.

4

5    Dated:  April 7, 2023

6                              **SHEPPARD, MULLIN, RICHTER & HAMPTON** LLP

7

8                      By    _/s/ Ori Katz_

9                              ORI KATZ
                               GIANNA SEGRETTI

10

11                             SHEA LARSEN PC
                               KYLE WYANT, Nev. Bar No. 14652

12                             (_admitted pro hac vice_)

13                             Attorneys for HASelect-Medical Receivables
                               Litigation Finance Fund International SP

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28