| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | A Limited Liability Partnership |
| 2 | Including Professional Corporations |
| | ORI KATZ, Cal. Bar No. 209561 |
| 3 | GIANNA SEGRETTI, Cal. Bar No. 323645 |
| | Four Embarcadero Center, 17th Floor |
| 4 | San Francisco, California 94111-4109 |
| | Telephone: 415.434.9100 |
| 5 | Facsimile: 415.434.3947 |
| | Email: okatz@sheppardmullin.com |
| 6 | gsegretti@sheppardmullin.com |

SHEA LARSEN PC
KYLE WYANT, Nev. Bar No. 14652 (*admitted pro hac vice*)
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: 701.471.7432
Email: kwyant@shea.law

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: Three Bell Capital, LLC Document Subpoena | Case No. 5:22-mc-80338-NC |
| Served in Related Cases: | |
| *In re Infinity Capital Management, Inc.*, U.S. Bankruptcy Court, District of Nevada Case No. 21-14486-abl | **CERTIFICATE OF SERVICE** |
| and adversary proceeding | |
| *HASelect-Medical Receivables Litigation Finance Fund International SP v. Tecumseh-Infinity Medical Receivables Fund, LP*, Adv. Proc. No. 21-01167-abl | |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Mateo, State of California. My business address is 1540 El Camino Real, Suite 120, Menlo Park, CA 94025-4111.

On April 7, 2023 I caused to be served the following document(s) described as follows:

**NOTICE OF PAYMENT AND COMPLIANCE WITH ORDER [ECF NO. 17]**

on the interested parties in this action as follows:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 7, 2023 at Gilroy, California

*/s/ Elizabeth S. Garcia*
Elizabeth Sierra Garcia